Minnie C. Butts, appellant, v. C. A. Erickson and Gertrude F. Erickson, appellees.  Gen. No. 35,399.

Opinion filed December 28, 1931. Rehearing denied January 11, 1932.

Isidore Vise, for appellant. Michael B. Roderick, for appellees.

Mr. Justice Matchett delivered the opinion of the court.